IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

Kari Ann Tatge

Case No Bky 09-60832

Chapter 7 Case

Debtor

## ORDER MODIFYING AUTOMATIC STAY

This cause coming to be heard on the Motion of U.S. Bank National Association ND, through its attorneys Kenneth J. Johnson, of Johnson, Blumberg & Associates, LLC, for relief from the automatic stay, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the Automatic Stay of the above case is hereby modified to allow U.S. Bank National Association ND and its successors and/or its assigns, to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights in accordance with state law, with regard to the property legally described as:

> Lot Five (5), Block One (1), HUNTINGTON RIDGE PLAT 5, according to the plat and survey thereof on file and of record in the office of the County Recorder in and for Stearns County, Minnesota.
>
> Commonly known as: 600 Kendall Court, Sartell, Minnesota 56377

B. Notwithstanding Federal Rules of Bankruptcy Procedure 4001 (a) (3), this Order is effective immediately.

Date: March 23, 2010

/e/ Dennis D. O'Brien
Judge Dennis D. O'Brien

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/23/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk